UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

ALFONZO JONES,

        Plaintiff,

    -against-

FOOD EMPORIUM; SHAREHOLDERS; DIRECTOR;
DENNIS GILL; SOLOMON HUGUE; JANE DOE
CASHIER,

        Defendants.

_____X

**U.S. DISTRICT COURT
FILED
MAY 3 0 2008
S.D. OF N.Y.**

**Civil Judgment**

08 Civ. 4021 (KMW)

**SCANNED**

Pursuant to the order issued ____**MAY 3 0 2008**____ by the Honorable Kimba M. Wood,

Chief Judge, dismissing plaintiff's complaint it is,

       ORDERED, ADJUDGED AND DECREED:  That the complaint be and is hereby dismissed.

28 U.S.C. § 1915(e)(2)(B)(ii); Fed. R. Civ. P. 12(b)(1), 12(h)(3).  The Court certifies pursuant to 28

U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith.

_____
KIMBA M. WOOD
Chief Judge

Dated: **MAY 3 0 2008**
     New York, New York

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____